**UNITED STATES DISTRICT COURT FOR THE**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CRAIG BRYAN AND ANNABELLE BRYAN<br><br>Plaintiffs, | ) | |
| v. | ) | Case No.: 14-cv-1315 TSC |
| SUNSTONE K9LESSEE, INC. ET AL.<br><br>Defendants | ) | |

**CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

COMES NOW the Defendant, Freeman Audio Visual, Inc. ("Freeman"), pursuant to Fed. R. Civ. P. 26 (c), by counsel, and respectfully requests that the Court endorse the attached protective order, which will govern protection of confidential information disclosed during this lawsuit.

Good cause exists for the entry of this protective order. Confidential business and personal health information has been sought during discovery in this action. The attached protective order will, among other things, protect confidential information produced by the parties, or by third parties.

All Parties consent to the relief requested herein.

March 17, 2015

Respectfully submitted,

/s/

Michelle D. Gambino (DC Bar No. 488386)
Theresa A. Queen (DC Bar No. 483644)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300

Fax: (703) 749-1301
gambinom@gtlaw.com
queent@gtlaw.com

*Counsel for Defendant Freeman Audio Visual Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2015 the foregoing was served on the following parties through this court's CM/ECF system on:

Caragh Glenn Fay, Esq.
Molly Hoffman Wolfe, Esq.
Fay Kaplan Law, P.A.
777 6th Street NW, Suite 410
Washington DC 20001
(202) 589-1300
E-mail: caragh.fay@faykaplanlaw.com
E-mail: molly.hoffman80@gmail.com

*Counsel for Plaintiffs*

Robert L. Ferguson, Jr. Esq
Johnathan D. Nelson
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
(410) 837-2200 – phone
(410) 837-1188 – fax
E-mail: rferguson@fsb-law.com
E-mail: jnelson@fsb-law.com

*Attorneys for Defendant Sunstone K9 Lessee, Inc.*

/s/
Michelle D. Gambino (DC Bar No. 488386)
Theresa A. Queen (DC Bar No. 483644)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
gambinom@gtlaw.com
queent@gtlaw.com

*Counsel for Defendant Freeman Audio Visual Inc.*